█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD J. CONNELLY, Appellant.—

... No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.